CASE CLOSED

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SANTOS PEREZ-OCHOA, <br><br> Petitioner, <br><br> v. <br><br> CHARLES GREEN, <br><br> Respondent. | Civil Action No. 16-0659 (MCA) <br><br> MEMORANDUM AND ORDER |

This matter has been opened to the Court by Respondent's letter dated March 7, 2017. It appearing that:

1. Petitioner's pending habeas petition challenges his prolonged detention pursuant to 28 U.S.C. § 2241.

2. On March 7, 2017, Assistant United States Attorney Anthony J. LaBruna filed a letter and an accompanying exhibit, advising the Court that Petitioner was removed from the United States on May 20, 2016. (*See* ECF No. 5.)

IT IS, therefore, on this ___ day of _____ 2017,

**ORDERED** that the Petition challenging Petitioner's prolonged detention is **DISMISSED AS MOOT** in light of Petitioner's removal from the United States; and it is further

**ORDERED** that the Clerk of the Court shall close the Court's file in this matter.

_____
Madeline Cox Arleo, District Judge
United States District Court

1